**Entered on Docket
October 08, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

_____

Kristin A. Schuler-Hintz, Esq. SBN 7171             E-filed: September 28, 2009
Seth J. Adams, Esq. SBN 11034
McCarthy & Holthus, LLP
811 South Sixth Street
Las Vegas, NV  89101
Phone (702) 685-0329 ext 3748
Fax (866) 339-5691
KHintz@mccarthyholthus.com
SAdams@mccarthyholthus.com

Attorney for Secured Creditor, U.S. Bank National Association as Trustee for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2006-CB1, its assignees and/or successors and the servicing agent LITTON LOAN SERVICING, LP

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No. 08-20530-LBR |
| | ) |
| Ileana P. Campos-Le, | ) Chapter  13 |
| | ) |
|      Debtor | ) **ORDER TERMINATING AUTOMATIC** |
| | ) **STAY** |
| | ) |
| | ) **Date:** 05/20/2009 |
| | ) **Time:** 10:30 am |
| _____ | ) |

     Secured Creditor, U.S. Bank National Association as Trustee for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2006-CB1  , its assignees and/or successors, and its

1  servicing agent LITTON LOAN SERVICING, LP ("Movant"), and Debtor(s), Ileana P. Campos-Le, and , represented through counsel Sam Benevento, Esq. before this Court on the date, time and place set forth above, before the Honorable Linda B. Riegle, Judge presiding and stipulated to the Adequate Protection Order entered with the Court on **07/22/2009**. The Debtors subsequently defaulted under the terms of the Adequate Protection Order.

Upon reading the papers and pleadings on file herein and based on the evidence presented, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 5756 Slice Drive, Las Vegas, NV 89142.

Secured Creditor will provide not less than 5 days notice of the date, time, and location of the currently scheduled foreclosure sale to the debtors or as otherwise provided by Nevada law.

Submitted by:

_____
Seth J. Adams, Esq
811 South Sixth Street
Las Vegas, NV 89109
Phone (702) 685-0329

Approved/Disapproved

_____
Sam Benevento, Esq.
1945 E. Warm Springs Road
Las Vegas, NV 89119
(702) 433-2000
Approved/Disapproved

_____
Rick A. Yarnall
701 Bridger Ave., Suite 820,
Las Vegas, NV, 89101
(702) 853-4500

9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: Sam Benevento

Unrepresented parties appearing: None

Trustee: Rick A. Yarnall

/s/ Seth J. Adams, Esq.
Seth J. Adams, Esq., SBN 11034

# # #